[No. 41214-4-II.   Division Two.   January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES CARROLL HARTZELL IV, *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Van Deren, JJ.

[Nos. 41523-2-II; 41526-7-II.   Division Two.   January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ELLIS BURTON BOUVIER, *Appellant*.

*Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, A.C.J., and Hunt, J.

[No. 41568-2-II.   Division Two.   January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ANDREW KURTZ, *Appellant*.

*Affirmed in part* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Johanson, J.

[No. 41686-7-II.   Division Two.   January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JODY DWAYNE WISENBAUGH, *Appellant*.

*Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Johanson, JJ.